1   MELINDA HAAG (CABN 132612)
    United States Attorney

2

3   MIRANDA KANE (CABN 150630)
    Chief, Criminal Division

4   SUSAN CUSHMAN (NYBN 2256147)
    Assistant United States Attorney

5
    450 Golden Gate Ave., Box 36055
6   San Francisco, California 94102
    Telephone: (415) 436-7200
7   Facsimile: (415) 436-7234
    E-mail: susan.cushman@usdoj.gov
8
    Attorneys for United States of America
9

**FILED**

SEP  7 2012

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )   Case No. CR-12-0643 RS
                                       )
15          Plaintiff,                 )   STIPULATED ORDER EXCLUDING
                                       )   TIME UNDER THE SPEEDY TRIAL ACT
16      v.                             )
                                       )
17                                     )
                                       )   Date: September 25, 2012
18  JAMES ALAN ANDERSON,               )   Time: 2:30 p.m.
                                       )
19          Defendant.                 )
                                       )
20  ─────────────────────────────────

21

22          For the reasons stated by the parties on the record on September 5, 2012, the Court

23  excludes time under the Speedy Trial Act from September 5, 2012, to September 25, 2012 and

24  finds that the ends of justice served by the continuance outweigh the best interest of the public

25  and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The Court makes this

26  finding and bases this continuance on the following factors:

27  //

28

    INDICTMENT                              1

1   Failure to grant a continuance would unreasonably deny the defendant the reasonable time

2   necessary for effective preparation, taking into account the exercise of due diligence. *See* 18

3   U.S.C. § 3161(h)(7)(B)(iv).

4

5   SO STIPULATED:                              MELINDA HAAG

6                                               United States Attorney

7

8

9                                               _____/s/_____
                                                SUSAN CUSHMAN

10                                              Assistant United States Attorney

11

12                                              _____/s/_____
                                                JOSH A. COHEN

13                                              Attorney for Defendant

14

15

16  **IT IS SO ORDERED.**

17  DATED: September 7 , 2012

18                                              HON. NANDOR J. VADAS
                                                United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

INDICTMENT                         2