Josh A. Cohen (SBN 217853)
Gina Moon (SBN 257721)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, California 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
jcohen@clarencedyer.com
gmoon@clarencedyer.com

Attorneys for Defendant JAMES ALAN ANDERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES ALAN ANDERSON,<br><br>Defendant. | CASE NO. CR-12-0643 RS (EDL)<br><br>STIPULATION AND [PROPOSED]<br>ORDER MODIFYING CONDITIONS<br>OF RELEASE TO PERMIT TRAVEL<br>TO AND WITHIN THE CENTRAL<br>DISTRICT OF CALIFORNIA |

## STIPULATION

Defendant James Anderson has been on pretrial release since August 31, 2012. As a condition of his release, Mr. Anderson's travel has been restricted to the Northern District of California, where he resides. (*See* Dkt. No. 9.)

To satisfy the employment condition of his pretrial release, Mr. Anderson has found part-time employment in San Luis Obispo County (tile work for his brother). Mr. Anderson accordingly wishes to expand the boundaries of his permissible travel to include the Central District of California so that he may travel to San Luis Obispo County. The government does not

object to modifying Mr. Anderson's release conditions to permit travel to and within the Central District of California.

The parties agree and stipulate that Mr. Anderson's conditions of release should be modified to permit Mr. Anderson to travel within both the Northern District of California and the Central District of California. The parties further agree and stipulate that all other conditions of release should remain in effect.

IT IS SO STIPULATED.

DATED: October 3, 2012      /s/ Josh Cohen
                            JOSH COHEN
                            Attorney for JAMES ALAN ANDERSON

DATED: October 3, 2012      /s/ Susan Cushman
                            SUSAN CUSHMAN
                            Assistant United States Attorney

### ORDER

By stipulation of the parties, and for good cause shown, it is hereby ordered that defendant James Anderson's conditions of release shall be modified as follows: Mr. Anderson shall be permitted to travel within both the Northern District of California and the Central District of California. Mr. Anderson shall abide by all restrictions and requirements imposed by Pretrial Services pertaining to the approved travel area, and shall not travel outside the Northern District of California or the Central District of California without permission from this Court. All other conditions of release shall remain in effect.

IT IS SO ORDERED.

DATED: Oct 5, 2012          HON. ELIZABETH D. LAPORTE
                            UNITED STATES MAGISTRATE JUDGE