1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  KATIE BURROUGHS MEDEARIS (CABN 252639)
   Assistant United States Attorney
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-7200
       FAX: (415) 436-7234
7      katie.medearis@usdoj.gov

8  Attorneys for Plaintiff

9
                            UNITED STATES DISTRICT COURT
10
                          NORTHERN DISTRICT OF CALIFORNIA
11
                                SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,         | ) CASE NO. 12-00643 RS
                                       | )
14 |     Plaintiff,                    | ) STIPULATION AND [~~PROPOSED~~] ORDER
                                       | ) CONTINUING SENTENCING HEARING FROM
15 |   v.                              | ) APRIL 23, 2013 TO NOVEMBER 26, 2013
                                       | )
16 | JAMES ALAN ANDERSON,              | )
                                       | )
17 |     Defendant.                    | )
                                       | )
18

19

20

21

22

23

24

25

26

27

28

STIP. AND [~~PROPOSED~~] ORDER TO CONT. SENTENCING HEARNIG
12-00643 RS

1 **STIPULATION**

2 Defendant James Alan Anderson ("Defendant") has entered a guilty plea in the above-captioned
3 case and is currently scheduled for sentencing on April 23, 2013. However, given the nature of
4 Defendant's cooperation pursuant to his plea agreement, the parties jointly request that the date for the
5 sentencing hearing in this case be continued to November 26, 2013.

6 IT IS SO STIPULATED.

7
8 DATED: April 16, 2013                                  Respectfully Submitted,
                                                         MELINDA HAAG
9                                                        United States Attorney

10
                                                         _____/s/_____
11                                                       KATIE BURROUGHS MEDEARIS
                                                         Assistant United States Attorney
12

13

14                                                       _____/s/_____
                                                         JOSH A. COHEN
15                                                       Attorney for JAMES ANDERSON

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER TO CONT. SENTENCING HEARNIG
12-00643 RS

**ORDER**

Pursuant to the stipulation submitted by the parties in this matter, and good cause having been shown, it is hereby ORDERED that the sentencing this matter shall be continued from April 23, 2013 at 2:30 pm to November 26, 2013 at 2:30 pm.

DATED: __4/17/13_____            _____
                                          HONORABLE RICHARD SEEBORG
                                          United States District Judge