1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  KATIE BURROUGHS MEDEARIS (CABN 262539)
   Assistant United States Attorney
5       1301 Clay Street, Suite 340S
        Oakland, California 94612
6       Telephone: (510) 637-3680
        FAX: (510) 637-3724
7       katie.medearis@usdoj.gov

8  Attorneys for Plaintiff

9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,        )  CASE NO. 12-CR-00643 RS
                                    )
14      Plaintiff,                  )  STIPULATION AND [PROPOSED] ORDER
                                    )  CONTINUING SENTENCING HEARING FROM
15    v.                            )  MARCH 4, 2014 TO APRIL 1, 2014
                                    )
16 JAMES ALAN ANDERSON,             )
                                    )
17      Defendant.                  )
                                    )
18

19                                **STIPULATION**

20      Defendant James Alan Anderson ("Defendant") has entered a guilty plea to a one-count

21 information charging him with conspiracy to cultivate marijuana in violation of Title 21, United States

22 Code, Section 846.  Defendant is scheduled to be sentenced by the Court on March 4, 2014.  The parties

23 have previously stipulated to several continuances of the sentencing date to allow Defendant the

24 opportunity to fulfill his obligations under the plea agreement.  At this time, the parties seek one further

25 continuance for this purpose to April 1, 2014.

26 ///

27 ///

28 ///

STIP. AND [PROPOSED] ORDER TO CONT. SENTENCING HEARING
12-00643 RS

1   The parties hereby agree and stipulate that the sentencing should be continued to April 1, 2014,
2   or a date as soon thereafter as permitted by the Court's schedule.
3        IT IS SO STIPULATED.
4
5   DATED: February 20, 2014            Respectfully Submitted,
                                                             MELINDA HAAG
6                                                                                 United States Attorney
7
8                                                               _____/s/_____
                                                          KATIE BURROUGHS MEDEARIS
9                                                             Assistant United States Attorney
10
11
12                                                              _____/s/_____
                                                          JOSH A. COHEN
13                                                              Attorney for Defendant
                                                           JAMES ANDERSON
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to the stipulation submitted by the parties in this matter, and good cause having been shown, it is hereby ORDERED that the sentencing in this matter shall be continued from March 4, 2014 to April 1, 2014 at 2:30 p.m.

IT IS SO ORDERED.

DATED: __2/20/14_____          _____
                                    HONORABLE RICHARD SEEBORG
                                    United States District Judge