1 Josh A. Cohen (SBN 217853)
2 Gina Moon (SBN 257721)
CLARENCE DYER & COHEN LLP
3 899 Ellis Street
San Francisco, CA 94109
4 Tel: (415) 749-1800
Fax: (415) 749-1694
5 jcohen@clarencedyer.com
gmoon@clarencedyer.com
6
7 Attorneys for Defendant JAMES ANDERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-12-0643 RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING FROM SEPTEMBER 16, 2014 TO NOVEMBER 18, 2014** |
| v. | |
| JAMES ALAN ANDERSON, | |
| Defendant. | |

**STIPULATION**

Having entered a guilty plea to a one-count information charging him with conspiracy to cultivate marijuana in violation of 21 U.S.C. § 846, defendant James Anderson is scheduled to be sentenced by this Court on September 16, 2014. The parties have previously stipulated to several continuances of the sentencing date to allow Mr. Anderson the opportunity to fulfill his obligations under the plea agreement. At this time, the parties seek one further continuance for this purpose to November 18, 2014.

Mr. Anderson is out of custody and in full compliance with the conditions of his pretrial release.

Accordingly, the parties agree and stipulate that the sentencing hearing in this matter should be continued from September 16, 2014 to November 18, 2014.

IT IS SO STIPULATED.

DATED: September 11, 2014                Respectfully submitted,

/s/ Josh A. Cohen
_____
Josh A. Cohen
Gina Moon
Attorneys for JAMES ANDERSON

/s/ Katie Burroughs Medearis
_____
Katie Burroughs Medearis
Assistant United States Attorney

## ORDER

Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that the sentencing hearing in this matter presently scheduled for September 16, 2014 shall be continued to November 18, 2014 at 2:30 p.m.

IT IS SO ORDERED.

DATED:  9/12/14                          _____
                                         RICHARD SEEBORG
                                         UNITED STATES DISTRICT JUDGE