Josh A. Cohen (SBN 217853)
Gina Moon (SBN 257721)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
jcohen@clarencedyer.com
gmoon@clarencedyer.com

Attorneys for Defendant JAMES ANDERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES ALAN ANDERSON,<br><br>    Defendant. | CASE NO. CR-12-0643 RS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING SENTENCING**<br>**HEARING FROM NOVEMBER 18, 2014**<br>**TO FEBRUARY 24, 2015** |

**STIPULATION**

Having entered a guilty plea to a one-count information charging him with conspiracy to cultivate marijuana in violation of 21 U.S.C. § 846, defendant James Anderson is scheduled to be sentenced by this Court on November 18, 2014.

The parties have previously stipulated to several continuances of the sentencing date to allow Mr. Anderson the opportunity to fulfill his obligations under the plea agreement. The parties now respectfully seek a further continuance for this purpose. Mr. Anderson's co-defendants recently made their initial appearances in this matter, and the government and Mr. Anderson agree that Mr. Anderson's sentencing date should be continued pending resolution of

the co-defendants' cases.

Mr. Anderson is out of custody and in full compliance with the conditions of his pretrial release.

Accordingly, the parties agree and stipulate that the sentencing hearing in this matter should be continued from November 18, 2014 to February 24, 2015.

IT IS SO STIPULATED.

DATED: November 13, 2014                Respectfully submitted,

                                        */s/ Josh A. Cohen*
                                        _____
                                        Josh A. Cohen
                                        Gina Moon
                                        Attorneys for JAMES ANDERSON

                                        */s/ Katie Burroughs Medearis*
                                        _____
                                        Katie Burroughs Medearis
                                        Assistant United States Attorney

## ORDER

Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that the sentencing hearing in this matter presently scheduled for November 18, 2014 shall be continued to February 24, 2015 at 2:30 p.m.

IT IS SO ORDERED.

DATED: 11/13/14                         _____
                                        RICHARD SEEBORG
                                        UNITED STATES DISTRICT JUDGE