MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

KATIE BURROUGHS MEDEARIS (CABN 262539)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    katie.medearis@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES ALAN ANDERSON,<br><br>    Defendant. | CASE NO. 12-CR-00643 -RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING HEARING FROM MARCH 3, 2015 TO MAY 26, 2015 |

**STIPULATION**

Defendant James Alan Anderson ("Defendant") has entered a guilty plea to a one-count information charging him with conspiracy to cultivate marijuana in violation of Title 21, United States Code, Section 846. Defendant is scheduled to be sentenced by the Court on March 3, 2015. The parties have previously agreed to several continuances of the sentencing date to allow Defendant the opportunity to fulfill his obligations under the plea agreement. The parties now seek a further continuance on the same basis and to ensure that Defendant's sentencing follows the sentencings of his co-defendants, Elijah Betts and Jake Anderson (hereafter, the "co-defendants"). The co-defendants are scheduled to appear for sentencing before the Court on April 21, 2015. Following resolution of the co-defendants' cases, undersigned counsel anticipate no further need to continue sentencing in the instant

matter. For the reasons stated, the parties respectfully ask the Court to continue Defendant's sentencing to May 26, 2015, or a date as soon thereafter as the Court's schedule allows. The parties have also conferred with U.S. Probation regarding this scheduling and received no objection to the proposed date.

IT IS SO STIPULATED.

DATED: February 20, 2015

Respectfully Submitted,
MELINDA HAAG
United States Attorney

_____/s/_____
KATIE BURROUGHS MEDEARIS
Assistant United States Attorney

_____/s/_____
JOSH A. COHEN
Attorney for Defendant
JAMES ANDERSON

**ORDER**

Pursuant to the stipulation submitted by the parties in this matter, and good cause having been shown, it is hereby ORDERED that the sentencing in this matter shall be continued from March 3, 2015 to May 26, 2015 at 2:30 p.m.

IT IS SO ORDERED.

DATED: 2/26/2015

_____
HONORABLE RICHARD SEEBORG
United States District Judge