Josh A. Cohen (SBN 217853)
Gina Moon (SBN 257721)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
jcohen@clarencedyer.com
gmoon@clarencedyer.com

Attorneys for Defendant JAMES ANDERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES ALAN ANDERSON,<br><br>　　　　Defendant. | CASE NO. CR-12-0643 RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING HEARING FROM MAY 26, 2015 TO JUNE 9, 2015** |

**STIPULATION**

Having entered a guilty plea to a one-count information charging him with conspiracy to cultivate marijuana in violation of 21 U.S.C. § 846, defendant James Anderson is scheduled to be sentenced by this Court on May 26, 2015.

The parties have previously stipulated to several continuances of the sentencing date to allow Mr. Anderson the opportunity to fulfill his obligations under the plea agreement. These obligations have now been fulfilled, such that the case can proceed to sentencing. However, the parties jointly request one final continuance of two weeks to discuss and finalize their sentencing recommendations.

Mr. Anderson is out of custody and in full compliance with the conditions of his pretrial release.

Accordingly, the parties agree and stipulate that the sentencing hearing in this matter should be continued from May 26, 2015 to June 9, 2015.

IT IS SO STIPULATED.

DATED: May 19, 2015

Respectfully submitted,

*/s/ Josh A. Cohen*
_____
Josh A. Cohen
Gina Moon
Attorneys for JAMES ANDERSON

*/s/ Katie Burroughs Medearis*
_____
Katie Burroughs Medearis
Assistant United States Attorney

**ORDER**

Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that the sentencing hearing in this matter presently scheduled for May 26, 2015 shall be continued to June 9, 2015 at 2:30 p.m.

IT IS SO ORDERED.

DATED: __5/19/15_____

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE